MARCH 12, 1951.

No. 294, Misc. MOORE, DOING BUSINESS AS MOORE'S BAKERY, *v.* MEAD SERVICE CO. ET AL.

*Per Curiam:* The petition for writ

of certiorari is granted. The judgment of the Court of Appeals is vacated and the case is remanded to that court for further consideration in the light of *Kiefer-Stewart Co.* v. *Joseph E. Seagram & Sons, ante,* p. 211. *Dee C. Blythe* for petitioner. *Edward W. Napier, Howard F. Houk* and *Leslie Humphrey* for respondents.